Margaret **PACHECO**, Plaintiff–Appellant,

v.

**NEW LIFE BAKERY, INC.,** Defendant–Appellee.

No. 97–17039.

United States Court of Appeals, Ninth Circuit.

Sept. 14, 1999.

Before: WOOD, Jr.,* THOMPSON and THOMAS, Circuit Judges.

### ORDER

The parties advised on August 26, 1999 that this case was settled and dismissed by the District Court on August 23, 1999. An Opinion of this Court had been filed on July 28, 1999 and was pending at the time of settlement on Defendant–Appellees Petition for Rehearing and awaiting a requested answer to the petition from Plaintiff–Appellant.

the Seventh Circuit, sitting by designation.

Therefore, the Opinion is withdrawn and the Petition for Rehearing is dismissed as moot.